UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERFORMANCE EQUIPMENT, LLC

VERSUS

MORBARK, INC. AND
JOHN DALE

CIVIL ACTION

NO. 07-110-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 22, 2008. Plaintiffs have filed an objection and defendants have filed a response which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss for lack of personal jurisdiction pursuant to Federal Code of Civil Procedure Article 12(b)(2) (rec. doc. 24) filed by defendants, Angelo's Aggregate Materials, Ltd. and Angelo's Aggregate Materials, LLC, is granted, dismissing plaintiffs' claims against those defendants with prejudice.

Baton Rouge, Louisiana, December 9, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA